No. 445, Misc.  Louvier *v.* Texas.  Court of Criminal Appeals of Texas.  Certiorari denied.  *Woodrow Seals* for petitioner.

No. 446, Misc.  Jones *v.* United States.  C. A. 7th Cir. Certiorari denied.  *Fred R. Wright* for petitioner.  *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 448, Misc.  Mack *v.* Ohio et al.  Court of Appeals of Franklin County, Ohio.  Certiorari denied.

No. 450, Misc.  Coleman *v.* Smyth, Superintendent, Virginia Penitentiary.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 451, Misc.  Brady *v.* Florida.  Supreme Court of Florida.  Certiorari denied.

No. 452, Misc.  King *v.* McNeill, Superintendent, Matteawan State Hospital.  Supreme Court of New York, Dutchess County.  Certiorari denied.

No. 453, Misc.  McGann *v.* United States.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 454, Misc.  Jordan *v.* New York.  C. A. 2d Cir. Certiorari denied.

No. 458, Misc.  Sileo *v.* New York.  Court of Appeals of New York.  Certiorari denied.